SCPW-12-0001066

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

KAWIKA KEOKI AKUI, Petitioner,

vs.

TED SAKAI, DIRECTOR, DEPARTMENT OF PUBLIC
SAFETY, STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon review of petitioner Kawika Keoki Akui's "Motion to Transfer Habeas Corpus", filed on December 7, 2012, which we treat as a petition for a writ of habeas corpus, and the record, it appears that petitioner can seek relief in the circuit court and by way of appeal, as appropriate, and petitioner presents no special reason for invoking the supreme court's original jurisdiction at this time. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Therefore,

IT IS HEREBY ORDERED that the petition is denied without prejudice.

DATED: Honolulu, Hawai'i, January 23, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

